ROSE W. LEVY, Appellant, v. CHARLES FALTER, Respondent.— Appeal by plaintiff from a judgment entered upon an order granting defendant's motion for judgment on the pleadings dismissing the complaint, and bringing up for review an order denying plaintiff's motion to strike out a separate defense contained in the answer as insufficient in law. Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.

CARRIE ROBINSON, Respondent, v. CRUIKSHANK HOLDING CORPORATION, Appellant, Impleaded with Another.— Action for personal injuries. Plaintiff was injured in her apartment in the basement of a building owned by defendant Cruikshank Holding Corporation, by being struck by plaster falling from the ceiling while a hole was being bored in the floor above by the defendant Mackeown & Silverman, Inc., a plumbing contractor employed by defendant-appellant. Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Untermyer, J., dissent and vote for reversal and dismissal of the complaint.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. CULLEN, Appellant.— Judgment convicting defendant of the crime of abduction (Penal Law, § 70, subd. 1), unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.

EUCLID HOLDING COMPANY, Respondent, v. DAVID A. SCHULTE, Appellant.— Action for rent due under lease. Order granting plaintiff's motion for summary judgment, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. MAX AARON and Others, Defendants, Impleaded with JOSEPH BERG, Appellant.— Action to declare an assessment of twenty-five dollars a share levied against stockholders of the Bank of United States to be valid, just and equitable and for other relief. Appeal from judgment entered on decision after trial at Special Term, in so far as it is adjudged that plaintiff is entitled to a lien on the moneys and dividends retained by him, with the right to apply and set off such moneys and dividends against the amount of stock assessments levied against defendant-appellant, and adjudges that plaintiff apply and set off against the assessment of $17,625 of the defendant the sum of $17,625 withheld as dividends. Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.